JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| FRANK W. CUTLER, ET AL, <br><br> Plaintiff(s), <br><br> v <br><br> RANCHER ENTERGY CORP., ET AL, <br><br> Defendant(s) | CASE NO. SA CV 13-0906-DOC (JPRx) <br><br> **ORDER DISMISSING CIVIL CASE** |

The Court having been notified by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon showing of good cause by **June 15, 2015**, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: May 15, 2015